NORRIE SELLAR, Respondent, v. GEORGE B. POST and Others, Appellants.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

SEXAUER & LEMKE, INC., Appellant, v. UNITED STATES DYE EXTRACTS COM-PANY, INC., Respondent.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LOUIS T. STONE and Another, Appellants, v. HARRY BIENENFELD, Impleaded with MARTIN WINTER, Respondent.— Order denying plaintiffs' motion to strike out the answer of defendant Winter, and for judgment on the pleadings, affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

MARGARETTA SULLIVAN, Also Known as MARGARETTA GRIEM, Appellant, v. WILLIAM P. SULLIVAN and Another, Respondents.— Judgment reversed on the law, with costs to appellant, and judgment unanimously directed in favor of plaintiff, with costs.    Conclusions of law contained in the decision herein numbered IV, VI, VII, VIII and IX are reversed, and this court finds the conclusions of law proposed by plaintiff numbered 1 to 4 inclusive.    We think this case is con-trolled by the decision in *Van Blaricum* v. *Larson* (205 N. Y. 355), and that the violation by plaintiff of the provisions contained in the prior decree of divorce obtained by her former husband, prohibiting her remarriage, in no way affected or prevented the assertion by her of her dower right.    Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ELSIE L. VETTER, Appellant, v. ASPHALT CONSTRUCTION COMPANY, Respondent. — Order granting motion to set aside verdict and for a new trial reversed on the law, with costs, and motion denied, upon the ground that the trial justice having heard and denied the motion made at the term at which the action was tried, and judgment having been entered, was without power to entertain a motion for reargument several months thereafter, and upon such reargument to grant the motion.    (*Clancy* v. *N. Y., N. H. & H. R. R. Co.*, 226 N. Y. 213; *Ellis* v. *Hearn*, 132 App. Div. 207, 209.)    Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

---

## SECOND DEPARTMENT, JUNE, 1923.

In the Matter of the Judicial Settlement of the Accounts of CLINTON T. ROE and Another, as Executors, etc., of THOMAS LAWRENCE, Deceased.— Decree of the Surrogate's Court of Queens county affirmed, with costs to all parties appearing and filing briefs, payable out of the estate.    No opinion.    Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.